02-12-522-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00522-CR

 

 


 
 
 David
 Linn Robertson
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 297th District
 Court
  
 of
 Tarrant County (1240754D)
  
 January
 24, 2013
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed.

 

 

SECOND DISTRICT COURT OF APPEALS 

 

 

 

PER CURIAM

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00522-CR

 

 


 
 
 David Linn Robertson
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 297th
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Appellant
David Linn Robertson attempts to appeal from his conviction and eight-year
sentence for aggravated assault causing serious
bodily injury.  The trial court’s certification of his right to appeal states
that this “is a plea-bargain case, and the
defendant has NO right of appeal.”

On
October 31, 2012, this court notified appellant about the statement on the
trial court’s certification and informed him that unless he or any party desiring
to continue the appeal filed with the court, on or before November 12, 2012, a
response showing grounds for continuing the appeal, the appeal could be dismissed.  See Tex. R. App. P. 25.2(a)(2), (d), 44.3.  Although
we have received a response, it does not show grounds for continuing the appeal. 
Therefore, we dismiss the appeal.  See Tex. R.
App. P. 25.2(d), 43.2(f); Chavez v. State, 183 S.W.3d 675, 680 (Tex.
Crim. App. 2006).

 

 

PER CURIAM

 

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  January 24, 2013








 









[1]See Tex. R. App. P. 47.4.